Print Form

Instructions for use:

1. Check the above box "Highlight Fields" to show fields on this form.
2. Complete the form.
3. Print, sign the document, and file with the court.

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

Helio J. LEAL DE LA HOZ

    Plaintiff(s)

vs.

AMAZON.COM, INC.

    Defendant(s),

2:18-cv-00260 RSM

**COMPLAINT**

## Parties to this Complaint:

Plaintiff's Name, Address and Phone Number

Helio J. LEAL DE LA HOZ
77 S. WASHINGTON ST.
SEATTLE, WA, 98104
E-mail: diogenex@icloud.com ; hmail2875@gmail.com;
Plaintiff does not have a telephone

Defendant's Name, Address and Phone Number

Amazon.com, Inc.
410 Terry Ave. North
Seattle, WA 98109 – 5210
206 – 266 – 1000

Defendant's Name, Address and Phone Number

Government of the United States
U.S. Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Phone: 206-553-7970
Fax: 206-553-0882

Defendant's Name, Address and Phone Number

(If you have more defendants, list them using the same outline on another piece of paper. Attach additional sheets, if necessary)

## Jurisdiction
(Reason your case is being filed in federal court)

The evidence presented against amazon.com, as part of this complaint; and the evidence presented against other organizations and individuals (for example cases 2:17-cv-01362 JCC, CV17-1428-RSM, 2:17-cv-01465 RSM and 2:17-cv-1579 JCC;) and many cases yet to be filed by the Plaintiff, is ultimately evidence against the Government of the United States. Yet the Plaintiff seeks FIRST resolution of each of the quoted individual complaints to construct his case against the Government. Background information: https://1drv.ms/f/s!Ar2i4SNx-DCMaT8uLRvloql0euc  AND https://1drv.ms/f/s!Ai6u1cloMU-SboD3l_nNUv2lXxs

## Statement of Claim:
(State here as briefly as possible the facts of your case.)

Please see document attached "2a.STATEMENT OF CLAIM - AMAZON.PDF"

**Statement of Claim**
(continued):

Please see document attached "2a.STATEMENT OF CLAIM - AMAZON.PDF"

**Relief:**
(State briefly exactly what you want the court to do for you)

Please see document attached "2b.STATEMENT OF RELIEF - AMAZON.PDF"

**Jury Demand:**
(Optional)

The plaintiff, Dr. Helio J. LEAL DE LA HOZ, does not demand a Jury.

02-16-2018
Date

Signature of Plaintiff