UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HELIO J. LEAL DE LA HOZ, | CASE NO. C18-0260RSM |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| AMAZON.COM, INC. and the GOVERNMENT OF THE UNITED STATES, | |
| Defendants. | |

*Pro Se* Plaintiff Helio J. Leal de La Hoz, a Seattle resident, filed his Complaint on February 22, 2018. Dkt. #5. Summonses have not yet been issued. Plaintiff alleges that he has been a victim of "sabotage," that he has lost under "strange circumstances" three laptops he purchased from Amazon.com, and ultimately "the evidence he has against Amazon is evidence against the government." Dkt. #5-3. He alleges violations of "18 U.S.C. § 2340A – Torture," "18 U.S.C. § 1117 – Conspiracy to Commit Murder," 18 U.S.C. § 1111 – Murder," and "adrenaline poisoning." *Id.*

On February 26, 2018, this Court directed Plaintiff to file an Amended Complaint no later than 21 days from the date of that Order, to include a short and plain statement demonstrating to the Court that there is a legal basis for his claims, and identifying what law or laws it believes

ORDER
PAGE - 1

Defendant has violated through its alleged conduct. Dkt. #6. Plaintiff was also informed that if he failed to cure the deficiencies with the Complaint, his case would be dismissed. *Id*.

More than 21 days have passed since the Court issued its Order and Plaintiff has failed to file an Amended Complaint. Accordingly, this matter is DISMISSED and this case is now CLOSED.

The Clerk shall send a copy of this Order to Mr. Leal de La Hoz at 77 S. Washington St., Seattle, WA 98104.

DATED this 1st day of August 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE